UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JANA FARRAR,

    Plaintiff,

  v.

RECEIVABLE MANAGEMENT
SERVICE,

    Defendant.

Case No. 09-cv-149-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Jana Farrar's ("Farrar") Motion for Attorneys' Fees (Doc. 44).

Pursuant to Local Rule 7.1(g), Defendant Receivable Management Service's ("Receivable") response was due fourteen days after Farrar's motion was filed, but fourteen days have passed and Receivable has yet to respond. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S. D. Ill. R. 7.1(g). As such, the Court hereby **ORDERS** Receivable to **SHOW CAUSE** on or before February 26, 2010, why the Court should not construe its failure to timely respond to the instant motion as an admission of its merits and proceed accordingly.

**IT IS SO ORDERED.**
**DATED: February 5, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**