UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JANA FARRAR,

    Plaintiff,

    v.

RECEIVABLE MANAGEMENT
SERVICES,

    Defendant.

Case No. 09-cv-149-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Receivable Management Services's ("Receivable") Motion (Doc. 46) for leave to file a belated response to Plaintiff Jana Farrar's Motion for Attorneys' Fees (Doc. 44). Said motion was filed in response to this Court's Memorandum and Order (Doc. 45) to show cause of February 5, 2010. This matter also comes before the Court on Farrar's Motion (Doc. 48) for leave to file an amended motion for attorneys' fees.

The Court, being fully advised of the premises, is satisfied with Receivable's explanation as to the tardiness of its response to Farrar's original motion. Accordingly, the Court **DISCHARGES** its show cause order referenced *supra*. With that said, the Court strongly enforces its deadlines and cautions Receivable to heed the same in the future.

In light of Farrar's wish to file a new motion with an additional exhibit, the Court will reset the briefing schedule on the attorneys' fees issue. Namely, the Court **DENIES as moot** Farrar's original Motion for Attorneys' Fees (Doc. 44) and Receivable's Motion (Doc. 46) for leave to file a belated response thereto. The Court **GRANTS** Farrar's Motion (Doc. 48) for leave to file an amended attorneys' fees motion. Pursuant to Local Rule 7.1(g), Receivable shall

have up to and including March 15, 2010, to file a response to Farrar's amended motion.

Farrar's reply, if any, shall be filed no later than March 22, 2010.

**IT IS SO ORDERED.**
**DATED: March 1, 2010**

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**
