UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JANA FARRAR,

      Plaintiff,

  v.

RECEIVABLE MANAGEMENT
SERVICES,

      Defendant.

Case No. 09-cv-149-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 56) with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation. Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: July 29, 2010**

                                s/ J. Phil Gilbert
                                **J. PHIL GILBERT**
                                **DISTRICT JUDGE**